# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

137792

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

LESTER HARVEY VANDENBOSCH,
   Defendant-Appellant.

SC: 137792
COA: 287960
Kalkaska CC: 08-002967-FC

_____/

   On order of the Court, the application for leave to appeal the October 27, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

            Clerk